Joseph M. McCarthy, Appellee, v. Frank Katzin and Samuel N. Katzin, Individually and as Copartners Trading as Clark Maple Motor Sales, Appellants.

Gen. No. 42,010.

opinion filed April 20, 1943; rehearing denied May 4, 1943. Archie Schimberg, for appellants; Harold J. Finder, of counsel; George R. Fitzmaurice, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''

Meyer Krom et al., Trustees, Appellants, v. Public Utilities Service, Appellee.

Gen. No. 42,368.

opinion filed April 20, 1943. Levisohn & Levisohn, for appellants; Irving B. Campbell, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''